JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile:   (925) 826-3504
justin@tabayoyonlaw.com

Attorney for Plaintiff **CHRISTIAN REYES**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN REYES,<br><br>Plaintiff,<br><br>vs.<br>CITY OF FAIRFIELD, a municipal entity, ROBERT MURRAY, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 2:18-CV-00883-JAM-DB**<br><br>**STIPULATION AND ORDER TO CHANGE TRIAL DATE**<br><br>HONORABLE JOHN A. MENDEZ |

1

STIPULATION AND [PROPOSED] ORDER TO CHANGE TRIAL DATE
*Reyes v. City of Fairfield, et al. Case No.: 2:18-CV-00883-JAM-DB*

Plaintiff Christian Reyes acting by and through his attorney of record, and defendants City of Fairfield and Robert Murray acting by and through their attorneys of record, have met and conferred regarding Plaintiff's opposition to the status (pretrial scheduling) order. The parties stipulate to and respectfully request the following order: The jury trial in this matter is set for January 6, 2020, instead of October 28, 2019.

Dated: 09/12/2018  **ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**

By: /s/ Dale L. Allen, Jr. (as Authorized on 09/XX/2018)
Dale Allen
Attorney for Defendants

Dated: 09/12/2018  **LAW OFFICES OF JUSTIN KIRK TABAYOYON**

By: /s/ Justin Kirk Tabayoyon
Justin Kirk Tabayoyon
Attorney of Plaintiffs

## ELECTRONIC CASE FILING ATTESTATION

I, Justin Kirk Tabayoyon, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: 09/12/2018  By: /s/ Justin Kirk Tabayoyon
Justin Kirk Tabayoyon

## **ORDER**

Good cause appearing the Stipulation is SO ORDERED. The trial in this matter is set for January 6, 2020 at 9:00 a.m.

Dated: 9/13/2018  /s/ John A. Mendez
**U.S. DISTRICT COURT JUDGE**