JUSTIN KIRK TABAYOYON, S.B.N. 288957
**LAW OFFICES OF JUSTIN KIRK TABAYOYON**
1000 North Texas Street, Suite A
Fairfield, CA 94533
Telephone: (707) 726-6009
Facsimile:   (925) 826-3504
justin@tabayoyonlaw.com

Attorney for Plaintiff **CHRISTIAN REYES**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN REYES,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY OF FAIRFIELD, a municipal entity, ROBERT MURRAY, an individual, and DOES 1 through 10, inclusive,<br><br>　　Defendants. | **Case No.: 2:18-CV-00883-JAM-DB**<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (Pre-Trial Scheduling) ORDER**<br><br>HONORABLE JOHN A. MENDEZ |

1

Plaintiff Christian Reyes acting by and through his attorney of record, and Defendants City of Fairfield and Robert Murray acting by and through their attorneys of record, have met and conferred regarding the Status (pre-trial scheduling) Order filed September 6, 2018 (Document 24). The parties stipulate to and respectfully request the following modifications to the Status (pre-trial scheduling) Order:

1. All discovery shall be completed by September 20, 2019.
2. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by August 2, 2019. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by August 16, 2019.
3. All dispositive motions shall be filed by October 22, 2019. Hearings on such motions shall be on November 19, 2019.
4. The parties shall file with the court a joint pre-trial statement no later than January 10, 2020.
5. The final pre-trial conference is set for January 17, 2020 at 10:00 a.m.
6. Jury trial in this matter is set for March 2, 2020 at 9:00 a.m.

Dated: 03/04/2019 **ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**

By: /s/ Kevin Allen (03/04/2019)
Kevin Allen
Attorney for Defendants

Dated: 03/04/2019 **LAW OFFICES OF JUSTIN KIRK TABAYOYON**

By: /s/ Justin Kirk Tabayoyon
Justin Kirk Tabayoyon
Attorney of Plaintiffs

# ELECTRONIC CASE FILING ATTESTATION

I, Justin Kirk Tabayoyon, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: 03/04/2019 By: /s/ Justin Kirk Tabayoyon
Justin Kirk Tabayoyon

# **ORDER**

Good cause appearing the Stipulation is SO ORDERED.

Dated: 3/4/2019 /s/ John A. Mendez
**JUDGE JOHN A. MENDEZ**