UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FAIRFIELD,<br><br>　　　　　Defendants. | No. 2:18-cv-0883 JAM DB PS<br><br><br>ORDER |

　　　　Plaintiff Christian Reyes is proceeding in this action pro se. Accordingly, on December 11, 2019, this matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). (ECF No. 38.)

　　　　On December 30, 2019, the undersigned issued an order setting this matter for a status conference on January 31, 2020. (ECF No. 39.) Pursuant to the order plaintiff was to file a status report on or before January 17, 2020. Plaintiff, however, has failed to file a status report.

　　　　The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

1

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to comply with the December 30, 2019 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1];

2. The January 31, 2020 status conference is continued to **Friday, February 21, 2020, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **February 7, 2020**, plaintiff shall file a status report;

4. On or before **February 14, 2020**, defendant shall file a status report; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: January 23, 2020  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.