UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN REYES, | No. 2:18-cv-0883 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF FAIRFIELD, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 18, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 18, 2020 (ECF No. 41) are adopted in full;

2. Plaintiff's May 14, 2018 amended complaint (ECF No. 8) is dismissed without prejudice; and

3. This action is closed.

DATED: April 21, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

\reyes0883.jo